**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA M. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC,<br>d/b/a "Eastside Cannery,"<br><br>Defendants. | Case No. 12-cv-01451-LRH-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 18th day of January, 2013.

| COHEN & PADDA, LLP | JACKSON LEWIS LLP |
|---|---|
| /s/ Paul S. Padda<br>Ruth L. Cohen, Bar # 1782<br>Paul S. Padda, Bar # 10417<br>4240 W. Flamingo Rd., Ste. 220<br>Las Vegas, Nevada 89103<br><br>*Attorneys for Plaintiff*<br>*Maria M. Rodriguez* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>3800 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Misnamed Defendant*<br>*Cannery Casino Resorts, LLC* |

**ORDER**

IT IS SO ORDERED:

DATED this 23rd day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE