1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA M. RODRIGUEZ, | Case No. 12-cv-01451-LRH-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CANNERY CASINO RESORTS, LLC, d/b/a "Eastside Cannery," | |
| Defendants. | |

     The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

     Dated this 18th day of January, 2013.

COHEN & PADDA, LLP                                   JACKSON LEWIS LLP


_____/s/ Paul S. Padda_____                _____/s/ Elayna J. Youchah_____
Ruth L. Cohen, Bar # 1782                       Elayna J. Youchah, Bar # 5837
Paul S. Padda, Bar # 10417                      3800 Howard Hughes Parkway
4240 W. Flamingo Rd., Ste. 220                  Suite 600
Las Vegas, Nevada 89103                         Las Vegas, Nevada  89169

*Attorneys for Plaintiff*                       *Attorneys for Misnamed Defendant*
*Maria M. Rodriguez*                            *Cannery Casino Resorts, LLC*

1

**ORDER**

2

3      IT IS SO ORDERED:

4      DATED this 23rd day of January, 2013.

5

6

7

8      _____
       LARRY R. HICKS

9      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28